UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ALEXANDER BURLESON,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>LOANCARE SERVICING,<br><br>　　　　Defendant. | Case No. 22-cv-00780-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 13, 2022, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **July 8, 2022, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 13, 2022, for failure to prosecute, and for failure to comply with the Court's Order of February 7, 2022. A case management conference is also scheduled for **July 8, 2022**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: May 16, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge